**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
By: Steven A. Jayson, Esq.
sjayson@msklaw.net
Tel. (973) 267-0220
*Attorneys for the Trustee, Steven P. Kartzman*

Order Filed on October 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>**GERALD P. IORIO,**<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 22-15082 (JKS)<br><br>Chapter 7<br><br>Honorable John K. Sherwood |

**CONSENT ORDER AUTHORIZING THE TRUSTEE TO DISTRIBUTE THE CO-OWNER'S NET SALE PROCEEDS FROM THE SALE OF 8 DELLWOOD DRIVE, FLORHAM PARK, NEW JERSEY PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(j)**

The relief set forth on the following pages numbered two (2) through three (3) is hereby ORDERED.

DATED: October 17, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2 of 3
Debtor: Gerald P. Iorio
Case No.: 22-15082 (JKS)
Caption: Consent Order Authorizing the Trustee to Distribute the Co-Owner's Net Sale Proceeds from the Sale of 8 Dellwood Drive, Florham Park, New Jersey Pursuant to 11 U.S.C. §§ 105(a) and 363(j)

---

THIS MATTER having been brought before the Court by Steven P. Kartzman, Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger Kartzman LLC, on application in lieu of a Motion for entry of a Consent Order Authorizing the Trustee to Distribute the Co-Owner's Net Sale Proceeds from the Sale of 8 Dellwood Drive, Florham Park, New Jersey Pursuant to 11 U.S.C. §§ 105(a) and 363(j); and the Trustee, the Co-Owner, and the Debtor, having agreed to a resolution of the issues on the terms set forth herein, as appears from the signatures of counsel affixed hereto, it is hereby

ORDERED AS FOLLOWS:

1.  The Trustee is hereby authorized to distribute the Co-Owner's share of the proceeds of the sale of the Property fixed at $124,978.55 (the "Co-Owner's Net Sale Proceeds"), as follows:

    a.  A check in the amount of $84,978.55 made payable to Jeanine Iorio.

    b.  A check in the amount of $15,000 made payable to Jeanine and Gerald Iorio.

    c.  A check in the amount of $25,000 made payable to Jeanine and Gerald Iorio.

2.  The checks encompassing the Co-Owner's Net Sale Proceeds are to be sent to the office of the Co-Owner's matrimonial counsel.

3.  The parties hereto shall execute any and all documents and pleadings reasonably necessary to implement all of the foregoing provisions.

4.  The parties, and anyone who succeeds to their rights and responsibilities hereunder, including their successors and/or assigns, are bound by this Consent Order. This

Page 3 of 3
Debtor:   Gerald P. Iorio
Case No.: 22-15082 (JKS)
Caption:  Consent Order Authorizing the Trustee to Distribute the Co-Owner's Net Sale Proceeds from the Sale of 8 Dellwood Drive, Florham Park, New Jersey Pursuant to 11 U.S.C. §§ 105(a) and 363(j)

---

Consent Order is made for the benefit of the parties and all who succeed to their rights and responsibilities.

5. The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under or in connection with this Consent Order.

6. A copy of this Order shall be served on all interested parties within five (5) days from the date of entry.

*The undersigned hereby consent to the form and entry of the within Order:*

**MELLINGER KARTZMAN LLC**
*Attorneys for Steven P. Kartzman*
*Chapter 7 Trustee*

By: /s/ Steven A. Jayson
STEVEN A. JAYSON, ESQ.

Dated: October 9, 2025

**JEANINE IORIO**

By: _____
JEANINE IORIO

Dated: September ___, 2025

**SARNO DA COSTA D'ANIELLO MAGERI WEBB**
*Attorneys for Jeanine Iorio in FM-14-1206-19*

By: _____
LYDIA LA TONA, ESQ.

Dated: September ___, 2025

**MINION & SHERMAN**
*Attorneys for Gerald P. Iorio*

By: /s/ Scott D. Sherman
SCOTT D. SHERMAN, ESQ.

Dated: September ___, 2025  10/9/2025

**GERALD P. IORIO**

By: _____
GERALD P. IORIO

Dated: September ___, 2025

**LAW OFFICE OF DAMIANO M. FRACASSO**
*Attorneys for Gerald P. Iorio in FM-14-1206-19*

By: /s/ Damiano Fracasso
DAMIANO M. FRACASSO, ESQ.

Dated: September ___, 2025
10/07/2025

In re: Gerald P. Iorio
Case No: 22-15082 (JKS)
Caption: Consent Order Authorizing the Trustee to Distribute the Co-Owner's Net Sale Proceeds from the Sale of 8 Dellwood Drive, Florham Park, New Jersey Pursuant to 11 U.S.C. §§ 105(a) and 363(f)

---

Consent Order is made for the benefit of the parties and all who succeed to their rights and responsibilities.

5. The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under or in connection with this Consent Order.

6. A copy of this Order shall be served on all interested parties within five (5) days from the date of entry.

*The undersigned hereby consent to the form and entry of the within Order:*

| | |
|---|---|
| **MELLINGER KARTZMAN LLC**<br>*Attorneys for Steven P. Kartzman<br>Chapter 7 Trustee* | **MINION & SHERMAN**<br>*Attorneys for Gerald P. Iorio* |
| By: _____<br>STEVEN A. JAYSON, ESQ.<br><br>Dated: September ___, 2025 | By: _____<br>SCOTT D. SHERMAN, ESQ.<br><br>Dated: September ___, 2025 |
| **JEANINE IORIO** | **GERALD P. IORIO** |
| By: _____<br>JEANINE IORIO<br><br>Dated: September ___, 2025 | By: /s/ Gerald P. Iorio<br>GERALD P. IORIO<br><br>Dated: September 25, 2025 |
| **SARNO DA COSTA D'ANIELLO MAGERI WEBB**<br>*Attorneys for Jeanine Iorio in<br>FM-14-1206-19* | **LAW OFFICE OF DAMIANO M. FRACASSO**<br>*Attorneys for Gerald P. Iorio in<br>FM-14-1206-19* |
| By: _____<br>LYDIA LA TONA, ESQ.<br><br>Dated: September ___, 2025 | By: _____<br>DAMIANO M. FRACASSO, ESQ.<br><br>Dated: September ___, 2025 |

Consent Order is made for the benefit of the parties and all of

responsibilities.

8. The Bankruptcy Court shall retain exclusive jurisdiction of matters arising under or in connection with this Consent Order.

9. A copy of this Order shall be served on all interested parties within __ days from the date of entry.

*The undersigned hereby consent to the form and entry of the within Order:*

| MELLINGER KARTZMAN LLC | MINION & SHERMAN |
|---|---|
| Attorneys for Steven P. Kartzman, Chapter 7 Trustee | Attorneys for Gerald P. Iorio |

By: _____
STEVEN A. JAYSON, ESQ.

Dated: _____, 2025

By: _____
SCOTT D. SHERMAN, ESQ.

Dated: September __, 2025

**JEANINE IORIO**

**GERALD P. IORIO**

By: _____

Dated: September __, 2025

By: _____
GERALD P. IORIO

Dated: September __, 2025

LAW OFFICE OF DAMIANO M. FRACASSO